UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  22-41804 |
| | § | |
| ROBERT JORDAN CONSTRUCTION, LLC | § | |
| | § | |
| DEBTORS(S), | § | CHAPTER 7 |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**ARLINGTON INDEPENDENT SCHOOL DISTRICT**
**WILLIAM "KELLY" HORN**
**COREY ROBINSON**

creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b); Bankruptcy Rules 2002(a) and (b), 3017(a); and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on the 23rd day of August, 2022, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

JASON PATRICK KATHMAN SPENCER FANE LLP
5700 GRANITE PARKWAY, STE 650
PLANO, TX 75024

JOHN DEE SPICER
CAVAZOS HENDRICKS POIROT & SMITHAM, PC
900 JACKSON, ST., SUITE 560
DALLAS, TX 75202

        Respectfully submitted,

        **Eichelbaum Wardell**
        **Hansen Powell and Muñoz, P.C.**

        By: /s/ Dennis J. Eichelbaum
        Dennis J. Eichelbaum
        Texas Bar No. 06491700
        dje@edlaw.com

        Emma J. Darling
        Texas Bar No. 24110889
        ejd@edlaw.com

        **Eichelbaum Wardell**
        **Hansen Powell and Muñoz, P.C.**
        5801 Tennyson Parkway, Suite 360
        Plano, Texas 75024
        (Tel.) 972-377-7900
        (Fax) 972-377-7277

        Eric E. Munoz
        Texas Bar No. 24056021
        em@edlaw.com

        **Eichelbaum Wardell**
        **Hansen Powell and Muñoz, P.C.**
        4201 W. Parmer Lane, Suite A-100
        Austin, Texas 78727
        (512) 476-9944
        (512) 472-2599 fax

        *Attorneys for AISD, Horn, & Robinson*