**Fill in this information to identify the case:**

Debtor name: **Robert Jordan Construction, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **22-41804-7**

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule*  **E/F**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 9, 2022**     X **/s/ Walter Robert Jordan**
Signature of individual signing on behalf of debtor

**Walter Robert Jordan**
Printed name

**Managing Member**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Robert Jordan Construction, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **22-41804-7** |

■ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ **1,785,505.55**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ **1,785,505.55**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ **2,322,329.81**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ **59,394.18**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **6,799,121.15**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                $ **9,180,845.14**

**Fill in this information to identify the case:**

Debtor name: **Robert Jordan Construction, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 22-41804-7

☑ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$59,394.18** | **$59,394.18** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A & F Construction**<br>**1413 E. Richmond Avenue**<br>**Fort Worth, TX 76104**<br>Date(s) debt was incurred **09/07/2021**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$59.95** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A. Gonzalez Frame & Cornice**<br>**11025 C.R. 525**<br>**Mansfield, TX 76063**<br>Date(s) debt was incurred **10/20/2021**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$600.00** |

Debtor **Robert Jordan Construction, LLC**
Name

Case number (if known) **22-41804-7**

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**ABC Supply**<br>**7400 Jack Newell Blvd. South**<br>**Fort Worth, TX 76118**<br>Date(s) debt was incurred **07/19/2019**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | **$179,310.60** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ABIS**<br>**10220 S. Dolfield Road, 209C**<br>**Owings Mills, MD 21117**<br>Date(s) debt was incurred **05/25/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$36,387.20** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Alberto Escobedo**<br>**9184 Forest Lane**<br>**Dallas, TX 75243**<br>Date(s) debt was incurred **07/13/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,400.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Allen & Company Environmental Services**<br>**1600 California Parkway North**<br>**Fort Worth, TX 76115**<br>Date(s) debt was incurred **05/13/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,942.27** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**AME Engineering, Inc.**<br>**3825 W. Green Oaks Blvd., Suite 200**<br>**Arlington, TX 76016**<br>Date(s) debt was incurred **06/13/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,361.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**1 Chisolm Trail #301**<br>**Round Rock, TX 78681**<br>Date(s) debt was incurred **07/19/2019**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | **$51,891.94** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Angel Roofing**<br>**735 Center Street**<br>**Duncanville, TX 75116**<br>Date(s) debt was incurred **12/06/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,424.00** |

| Debtor | Robert Jordan Construction, LLC | Case number (if known) | 22-41804-7 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address**<br>Antonio Mosqueda<br>2813 Foxgien Drive<br>Mesquite, TX 75150<br><br>Date(s) debt was incurred  07/07/2022<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,200.00** |
| **3.11** | **Nonpriority creditor's name and mailing address**<br>Apex Funding Solutions<br>3050 Biscayne Blvd.<br>Miami, FL 33137<br><br>Date(s) debt was incurred  12/01/2021<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Merchant Cash Advance**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$970,390.00** |
| **3.12** | **Nonpriority creditor's name and mailing address**<br>Ara's Clean Up<br>173 CR 4691<br>Boyd, TX 76023<br><br>Date(s) debt was incurred  05/20/2021<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$24,450.00** |
| **3.13** | **Nonpriority creditor's name and mailing address**<br>BankDirect Capital Finance<br>P.O. Box 660448<br>Dallas, TX 75266<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$10,424.33** |
| **3.14** | **Nonpriority creditor's name and mailing address**<br>Beacon Building Products<br>aka Beacon Roofing Supply<br>P.O. Box 101087<br>Pasadena, CA 91189<br><br>Date(s) debt was incurred  05/10/2021<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$515,006.24** |
| **3.15** | **Nonpriority creditor's name and mailing address**<br>Beacon Solar Products<br>1100 Placid Avenue<br>Plano, TX 75074<br><br>Date(s) debt was incurred  08/15/2021<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$25,282.96** |
| **3.16** | **Nonpriority creditor's name and mailing address**<br>Beta Electric<br>4024 Shadrack Drive<br>Dallas, TX 75212<br><br>Date(s) debt was incurred  04/29/2022<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$900.00** |

Debtor **Robert Jordan Construction, LLC**  
       <sub>Name</sub>

Case number (if known) **22-41804-7**

| | | |
|---|---|---|
| **3.17** | **Nonpriority creditor's name and mailing address**<br>**Bourdage Consulting**<br>**2621 Country Creek Lane**<br>**Fort Worth, TX 76123**<br><br>Date(s) debt was incurred **07/19/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$171.04** |
| **3.18** | **Nonpriority creditor's name and mailing address**<br>**Cantu Drywall and Remodeling**<br>**306 Woodhaven Blvd.**<br>**Duncanville, TX 75116**<br><br>Date(s) debt was incurred **07/05/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,900.00** |
| **3.19** | **Nonpriority creditor's name and mailing address**<br>**CBIZ**<br>**700 West 47th Street, Suite 1100**<br>**Kansas City, MO 64112**<br><br>Date(s) debt was incurred **12/31/2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,167.27** |
| **3.20** | **Nonpriority creditor's name and mailing address**<br>**Chem Can Services, LLC**<br>**16660 Dallas Parkway, Suite 1600**<br>**Dallas, TX 75248**<br><br>Date(s) debt was incurred **11/22/2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,024.45** |
| **3.21** | **Nonpriority creditor's name and mailing address**<br>**Clark Louver Company, Inc.**<br>**2905 S. Cravens Road**<br>**Fort Worth, TX 76119**<br><br>Date(s) debt was incurred **10/14/2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,017.56** |
| **3.22** | **Nonpriority creditor's name and mailing address**<br>**CLTZ Masonry**<br>**5329 Alyse Drive**<br>**Haltom City, TX 76137**<br><br>Date(s) debt was incurred **04/26/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$800.00** |
| **3.23** | **Nonpriority creditor's name and mailing address**<br>**Curnutt & Hafer, LLP**<br>**301 West Abram Street**<br>**Arlington, TX 76010**<br><br>Date(s) debt was incurred **05/12/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$382.00** |

Debtor **Robert Jordan Construction, LLC**     Case number (if known) **22-41804-7**
       Name

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Daniel Hernandez**<br>**309 West Adams Street**<br>**Itasca, TX 76055**<br>Date(s) debt was incurred **07/26/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $882.00 |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Delgado Contracting Inc.**<br>**1314 Mountain Lake Road**<br>**Dallas, TX 75224**<br>Date(s) debt was incurred **06/19/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $849.00 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**DFW Flooring Warehouse**<br>**2901 W. Pioneer Parkway**<br>**Arlington, TX 76013**<br>Date(s) debt was incurred **04/06/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $48,657.27 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Diamond J Pest Control**<br>**P.O. Box 568**<br>**Palmer, TX 75152**<br>Date(s) debt was incurred **09/15/2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services Rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | $146.14 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Diaz Roofing**<br>**6012 Wild Berry Trail**<br>**Joshua, TX 76058**<br>Date(s) debt was incurred **12/26/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $59,280.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**E & A Drywall & More LLC**<br>**10001 Carson Ranch Road**<br>**Crowley, TX 76036**<br>Date(s) debt was incurred **06/12/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,000.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Elite Roofing Supply**<br>**1427 Howell North**<br>**Kansas City, MO 64116**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $28,285.65 |

| Debtor | Robert Jordan Construction, LLC | Case number (if known) | 22-41804-7 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Eloy's Floors and Services, Inc.**<br>**5332 Gordon Avenue**<br>**Fort Worth, TX 76115**<br>Date(s) debt was incurred  05/25/2022<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $31,222.70 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Elsa Lopez**<br>**817 Granbury Street**<br>**Cleburne, TX 76033**<br>Date(s) debt was incurred  09/22/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $660.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Enviro Tech**<br>**5 Arthur Drive**<br>**Fort Worth, TX 76134**<br>Date(s) debt was incurred  05/15/2022<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,205.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Esau Salomon**<br>**635 Fawn Ridge Drive #205**<br>**Dallas, TX 75224**<br>Date(s) debt was incurred  07/13/2022<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,500.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Everything Electric TX LLC**<br>**2441 Neck Road**<br>**Palmer, TX 75152**<br>Date(s) debt was incurred  06/22/2022<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,580.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Extreme Restoration & Remediation LLC**<br>**217 N. Troost Street**<br>**Olathe, KS 66061**<br>Date(s) debt was incurred  10/13/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $381,218.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**FedEx**<br>**7900 Legacy Drive**<br>**Plano, TX 75024**<br>Date(s) debt was incurred  03/15/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $36.47 |

Debtor **Robert Jordan Construction, LLC**　　　Case number (if known) **22-41804-7**
　　　　Name

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Fiji Funding**<br>**101 Chase Avenue, Suite 207-208**<br>**Lakewood, NJ 08701**<br><br>Date(s) debt was incurred  **01/10/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Merchant Cash Advance**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,011,747.17** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Fox River Granite & Marble LLC**<br>**1128 W. Division Street**<br>**Arlington, TX 76012**<br><br>Date(s) debt was incurred  **08/06/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$30,798.22** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**G Serrano Roofing**<br>**7009 Routt Street**<br>**Fort Worth, TX 76112**<br><br>Date(s) debt was incurred  **05/12/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$22,926.00** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Gold Stars Painting**<br>**P.O. Box 120451**<br>**Arlington, TX 76012**<br><br>Date(s) debt was incurred  **06/16/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$4,160.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Good Leap Financial**<br>**8781 Sierra College Blvd.**<br>**Roseville, CA 95661**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Loan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Granite Store Direct**<br>**5740 Ram Trail**<br>**Midlothian, TX 76065**<br><br>Date(s) debt was incurred  **08/29/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$25,408.88** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Gray Reed & McGraw LLP**<br>**1300 Post Oak Boulevard, Suite 2000**<br>**Houston, TX 77056**<br><br>Date(s) debt was incurred  **06/16/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Legal Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$742.50** |

| Debtor | **Robert Jordan Construction, LLC** | Case number (if known) | **22-41804-7** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Gulf Eagle Supply**<br>**7312 Business Place**<br>**Arlington, TX 76001**<br><br>Date(s) debt was incurred  **03/02/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $103,495.71 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Gutter UP LLC**<br>**537 Branch Lane**<br>**Midlothian, TX 76065**<br><br>Date(s) debt was incurred  **03/14/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $30,359.95 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**H. Dustin Fillmore III**<br>**201 Main Street, Suite 801**<br>**Fort Worth, TX 76102**<br><br>Date(s) debt was incurred  **12/27/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $49,769.03 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Henry Deboub**<br>**2601 Stone Haven Ct.**<br>**Arlington, TX 76012**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $59,280.00 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Hughes Mechanical**<br>**P.O. Box 13029**<br>**Arlington, TX 76094**<br><br>Date(s) debt was incurred  **04/26/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $160.00 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Hugo Painting Services**<br>**3602 Country Club Road #102**<br>**Irving, TX 75062**<br><br>Date(s) debt was incurred  **04/12/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $4,456.74 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**J & L Imagination Flooring Inc.**<br>**8039 Southern Pine Way**<br>**Fort Worth, TX 76123**<br><br>Date(s) debt was incurred  **06/14/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,510.47 |

Debtor **Robert Jordan Construction, LLC**     Case number (if known) **22-41804-7**
     Name

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,000.00 |
|---|---|---|---|
| | **JDH Commercial Construction**<br>**701 Commerce Street**<br>**Dallas, TX 75202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **06/20/2022** | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.00 |
|---|---|---|---|
| | **Jesse L. Eisenman**<br>**6905 Meadow Park North**<br>**North Richland Hills, TX 76180** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **06/09/2022** | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Jo Ann Jones**<br>**1407 Develon Drive**<br>**Mesquite, TX 75149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Customer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,500.00 |
|---|---|---|---|
| | **Johnny Beaubien**<br>**5991 Hwy 80 East**<br>**Terrell, TX 75160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **07/13/2022** | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500.00 |
|---|---|---|---|
| | **Jose A. Ayala**<br>**1307 Neptune Road**<br>**Dallas, TX 75216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **02/07/2022** | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,500.00 |
|---|---|---|---|
| | **Jose Angel Dominguez**<br>**9917 Fressia Lane**<br>**Fort Worth, TX 76108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **07/21/2022** | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,850.00 |
|---|---|---|---|
| | **Juan Diego Rico Mendoza**<br>**7316 Remington Road**<br>**Mansfield, TX 76063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **06/19/2022** | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Robert Jordan Construction, LLC**     Case number (if known) **22-41804-7**

---

**3.59**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$10,179.79**

**Julio Solis**
**2404 Bourland Drive**
**Nevada, TX 75173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/13/2022**
Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$7,730.00**

**KSW Flooring**
**8320 Tallahassee Lane**
**Fort Worth, TX 76123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/22/2022**
Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$59,461.10**

**Lansing Building Products**
**P.O. Box 6629**
**Richmond, VA 23230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04/18/2022**
Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$900.00**

**Lorenzo Reuda**
**4521 E. Kellis Street**
**Fort Worth, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$8,850.00**

**Luis E. Avila**
**2917 NW 26th Street**
**Fort Worth, TX 76106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/11/2021**
Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$900.00**

**Luiz Velasques**
**4526 Afton Street**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/09/2022**
Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$63,075.00**

**Maldonado Roofing**
**1204 E. Powell Avenue**
**Fort Worth, TX 76104**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **11/16/2021**
Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Robert Jordan Construction, LLC**  
      Name

Case number (if known) **22-41804-7**

---

| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Mansfield Plumbing Company Inc.**<br>**P.O. Box 1023**<br>**Mansfield, TX 76063**<br>Date(s) debt was incurred **09/07/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$235.00** |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Max Mechanical Air Conditioning and Heating**<br>**2313 Michigan Court**<br>**Arlington, TX 76016**<br>Date(s) debt was incurred **06/03/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$130,235.99** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Mendoza's Painting**<br>**1401 Carla Avenue**<br>**Arlington, TX 76014**<br>Date(s) debt was incurred **07/05/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,879.79** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Michael Bilodeau**<br>**1857 VZ County Road 3425**<br>**Wills Point, TX 75169**<br>Date(s) debt was incurred **07/21/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,900.00** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Michael Hammond**<br>**13 E. Henderson Street**<br>**Cleburne, TX 76031**<br>Date(s) debt was incurred **11/02/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,851.50** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Milton Jones**<br>**1407 Develon Drive**<br>**Mesquite, TX 75149**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Customer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Moffitt Services**<br>**17302 House Hahl Road, Suite 211**<br>**Cypress, TX 77433**<br>Date(s) debt was incurred **03/13/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$74,170.99** |

Debtor **Robert Jordan Construction, LLC**
Name

Case number (if known) **22-41804-7**

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nexstar Media Inc.**
**c/o Matias Eduardo Garcia**
**Barnett & Garcia PLLC**
**3821 Juniper Trace, Suite 108**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,427.93 |
|---|---|---|---|

**North Dallas Moving and Storage**
**1804 Trinity Valley Drive**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05/11/2021**

Basis for the claim: **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,643.07 |
|---|---|---|---|

**North Texas Flooring Wholesalers**
**P.O. Box 172643**
**Arlington, TX 76003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/03/2021**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $123.85 |
|---|---|---|---|

**Nova Copy**
**P.O. Box 740865**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/12/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Oscar Rodriguez**
**811 S. Rockwall Avenue**
**Terrell, TX 75160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/09/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,650.00 |
|---|---|---|---|

**Patricio and Co.**
**4227 Metropolitan Avenue**
**Dallas, TX 75210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/15/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,738.00 |
|---|---|---|---|

**PepWear**
**P.O. Box 4504**
**Cedar Hill, TX 75106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/11/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Robert Jordan Construction, LLC**     Case number (if known) **22-41804-7**
      Name

| | | |
|---|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address**<br>**Plumbco Services, Inc.**<br>**P.O. Box 173276**<br>**Arlington, TX 76003**<br>Date(s) debt was incurred **06/12/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,633.35** |
| **3.81** | **Nonpriority creditor's name and mailing address**<br>**Pro Master**<br>**P.O. Box 172197**<br>**Dallas, TX 75217**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,501.61** |
| **3.82** | **Nonpriority creditor's name and mailing address**<br>**Queen Funding LLC**<br>**101 Chase Avenue, Suite 208**<br>**Lakewood, NJ 08701**<br>Date(s) debt was incurred **05/01/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Merchant Cash Advance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$212,987.50** |
| **3.83** | **Nonpriority creditor's name and mailing address**<br>**Rainbow Glass Co.**<br>**1510 Hanover Drive**<br>**Arlington, TX 76014**<br>Date(s) debt was incurred **04/24/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,288.92** |
| **3.84** | **Nonpriority creditor's name and mailing address**<br>**Reyes Salamanca**<br>**2920 Pritchett Drive**<br>**Irving, TX 75061**<br>Date(s) debt was incurred **06/12/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,900.00** |
| **3.85** | **Nonpriority creditor's name and mailing address**<br>**Rigoberto Rodriguez**<br>**28169 Kingsbury Avenue**<br>**Richland Hills, TX 76118**<br>Date(s) debt was incurred **06/23/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Contractor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| **3.86** | **Nonpriority creditor's name and mailing address**<br>**Roberto Almaraz**<br>**6324 Circle View Drive**<br>**Haltom City, TX 76180**<br>Date(s) debt was incurred **06/12/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Contractor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,000.00** |

Debtor **Robert Jordan Construction, LLC**  
Name

Case number (if known) **22-41804-7**

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**Ronald Crocker dba RC Construction**<br>**1013 California Tr**<br>**Grand Prairie, TX 75052**<br>Date(s) debt was incurred **10/17/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contractor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Rosa Barajas**<br>**5425 Newt Patterson Road**<br>**Mansfield, TX 76063**<br>Date(s) debt was incurred **06/20/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contractor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,080.00** |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Russell Hill Consulting, Inc.**<br>**3101 Bridlegate Drive**<br>**Arlington, TX 76016**<br>Date(s) debt was incurred **01/31/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,735.00** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Ruth Garcia Lopez**<br>**1611 Mount Vernon Drive**<br>**Irving, TX 75061**<br>Date(s) debt was incurred **06/15/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contractor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,784.00** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Sanders Seamless Systems**<br>**537 Hay Meadow Drive**<br>**Waxahachie, TX 75165**<br>Date(s) debt was incurred **06/27/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$671.50** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Service Finance Company LLC**<br>**555 S. Federal Hwy, Suite 200**<br>**Boca Raton, FL 33432**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services Rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**ShieldTech Roofing Solutions, LLC**<br>**101 Marketside Avenue**<br>**Suite 404 #33**<br>**Ponte Vedra, FL 32081**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$354,100.22** |

Debtor **Robert Jordan Construction, LLC**　　　　Case number (if known) **22-41804-7**
　　　　Name

| 3.94 | **Nonpriority creditor's name and mailing address**<br>**Spotless Cleaning Services**<br>**7725 Bermejo Road**<br>**Fort Worth, TX 76112**<br><br>Date(s) debt was incurred **07/19/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No　☐ Yes | **$1,350.00** |
|---|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Stewart Custom Construction**<br>**4812 FM 2415**<br>**Alvarado, TX 76009**<br><br>Date(s) debt was incurred **07/27/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No　☐ Yes | **$800.00** |
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**Texas Comptroller of Public Accounts**<br>**P.O. Box 149348**<br>**Austin, TX 78714**<br><br>Date(s) debt was incurred **04/06/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Sales Taxes**<br><br>Is the claim subject to offset? ■ No　☐ Yes | **$19,721.93** |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**Texas Finest Showers & Doors**<br>**2445 Randolph**<br>**Dallas, TX 75241**<br><br>Date(s) debt was incurred **09/18/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No　☐ Yes | **$280.00** |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**Texas First Rentals LLC**<br>**P.O. Box 650869**<br>**Dallas, TX 75265**<br><br>Date(s) debt was incurred **03/12/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No　☐ Yes | **$258,004.13** |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>**The Drying Team Inc.**<br>**5121 Lewisburg Highway**<br>**Pulaski, TN 38478**<br><br>Date(s) debt was incurred **04/19/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No　☐ Yes | **$102,143.82** |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>**Trinity Floor Company**<br>**3130 Commonwealth Drive**<br>**Dallas, TX 75247**<br><br>Date(s) debt was incurred **07/20/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No　☐ Yes | **$39,990.70** |

Debtor **Robert Jordan Construction, LLC**  
Name

Case number (if known) **22-41804-7**

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,795.00 |
|---|---|---|---|
| | **Tropic Air & Heat, LLC**<br>P.O. Box 174961<br>Arlington, TX 76013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **05/20/2022** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $441.38 |
|---|---|---|---|
| | **United Rentals North America**<br>P.O. Box 840514<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **02/16/2022** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,333.33 |
|---|---|---|---|
| | **University of Texas at Arlington**<br>P.O Box 19198<br>Arlington, TX 76019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **04/28/2022** | Basis for the claim: **Advancement/Athletics Department** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $41,410.00 |
|---|---|---|---|
| | **Victors Cabinets**<br>8201 Moyer Ct.<br>Joshua, TX 76058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **06/08/2022** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,475.79 |
|---|---|---|---|
| | **Virely Restoration, LLC**<br>P.O. Box 1948<br>Mansfield, TX 76063 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **10/26/2021** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $676.55 |
|---|---|---|---|
| | **Walsh Service Group LLC**<br>921 W. Mayfield Road, Suite 132<br>Arlington, TX 76015 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **10/11/2021** | Basis for the claim: **Pending Lawsuit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $375,000.00 |
|---|---|---|---|
| | **Walter Jordan**<br>2204 Tournament Trail<br>Arlington, TX 76017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Robert Jordan Construction, LLC**     Case number (if known) **22-41804-7**
        Name

| | | |
|---|---|---|
| **3.108** | **Nonpriority creditor's name and mailing address**<br>Wildcat Garage Door Inc.<br>2520 K Avenue, Suite 700-224<br>Plano, TX 75074<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,440.00** |
| **3.109** | **Nonpriority creditor's name and mailing address**<br>Wilmer Padilla<br>2420 Summer Place<br>Arlington, TX 76014<br><br>Date(s) debt was incurred 06/14/2022<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Contractor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,500.00** |
| **3.110** | **Nonpriority creditor's name and mailing address**<br>Windows Doors and More<br>2713 Willow Park Street<br>Richland Hills, TX 76118<br><br>Date(s) debt was incurred 06/08/2022<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,806.93** |
| **3.111** | **Nonpriority creditor's name and mailing address**<br>XACT Services<br>4344 Bently Drive<br>Grand Prairie, TX 75052<br><br>Date(s) debt was incurred 05/26/2022<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,757.00** |
| **3.112** | **Nonpriority creditor's name and mailing address**<br>Yokeley Electric Inc.<br>P.O. Box 272<br>Aledo, TX 76008<br><br>Date(s) debt was incurred 05/03/2022<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services Rendered<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,680.77** |
| **3.113** | **Nonpriority creditor's name and mailing address**<br>Yokeley Plumbing<br>5800 Earle Street<br>Arlington, TX 76016<br><br>Date(s) debt was incurred 06/12/2022<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services Rendered<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,700.00** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BankDirect Capital Finance**<br>**150 North Field Drive, Suite 190**<br>**Lake Forest, IL 60045** | Line **3.13**<br><br>☐ Not listed. Explain ____ | **9118** |

Debtor **Robert Jordan Construction, LLC**    Case number (if known) **22-41804-7**
      Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **INSURICA Texas Insurance Services, Inc.**<br>**700 Highlander Blvd., Suite 340**<br>**Arlington, TX 76015** | Line **3.13**<br><br>☐ Not listed. Explain ____ | **9118** |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 59,394.18 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,799,121.15 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 6,858,515.33 |