

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 11, 2022**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| In Re: § § § ROBERT JORDAN CONSTRUCTION, LLC § § Debtor. § § | Case No. 22-41804-elm7 <br><br> No hearing requested. |

## ORDER APPROVING TRUSTEE'S NOTICE OF
## <u>INTENT TO ABANDON PROPERTY</u>

On this day, the Court considered the **Trustee's Notice of Intent to Abandon Property** (the "Notice") [Docket No. 20] filed by John Dee Spicer, Chapter 7 Trustee (the "Trustee") in the above-captioned case on August 24, 2022. The Court finds that proper notice was given to the U.S. Trustee, all creditors, and all other parties-in-interest, that no objections to the Notice were filed or served upon counsel for the Trustee. The Court further finds that the bankruptcy estate's interest in the Abandoned Property, as described in the Notice, is of inconsequential value and benefit to this estate. It is, therefore,

**ORDERED**, that the abandonment of the Abandoned Property be and hereby is **APPROVED** under 11 U.S.C. § 554(a); and it is further,

**ORDERED**, that the estate's interest in the Abandoned Property is hereby abandoned as of the date of the filing of the Notice.

### ### END OF ORDER ###

Order drafted by:

Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Proposed Attorneys for John Dee Spicer, Chapter 7 Trustee