John P. Gordon
State Bar No. 0023181
GORDON BIBART, LLC
450 W. Wilson Bridge Rd. – Suite 340
Worthington, Ohio 43085
Telephone No.: (614) 410-9051
Facsimile No.: (614) 410-9049
Email: jgordon@gordonbibart.com
ATTORNEYS FOR GREEN LIGHT CAPITAL, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | CASE NO. 22-41804-elm7 |
| ROBERT JORDAN CONSTRUCTION, LLC | § | |
| | § | CHAPTER 7 |
| | § | |
| Debtor | § | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>**

PLEASE TAKE NOTICE that Gordon Bibart, LLC, by and through John P. Gordon, hereby files this Notice of Appearance and Request for Notices on behalf of GREEN LIGHT CAPTIAL, LLC, creditor and party-in-interest herein, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, respectfully requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

    John P. Gordon, Esq.
    Gordon Bibart, LLC
    450 W. Wilson Bridge Rd. – Suite 340
    Worthington, Ohio 43085
    Telephone: (614) 410-9051
    Facsimile: (614) 410-9049
    jgordon@gordonbibart.com

Respectfully submitted,

GORDON BIBART, LLC


By: */s/ John P. Gordon*
John P. Gordon
State Bar No. 0023181
450 W. Wilson Bridge Rd. – Ste. 340
Worthington, Ohio 43085
Telephone: (614) 410-9051
Facsimile No: (614) 410-9049
jgordon@gordonbibart.com

ATTORNEYS  FOR GREEN LIGHT CAPITAL, LLC


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and forgoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto on this 13th day of September, 2022

*/s/ John P. Gordon*
John P. Gordon