Kelly M. Davis
State Bar No. 24012508
Kelly M. Davis & Associates, LLC
550 S. Edmonds Lane, Suite 201
Lewisville, TX 75067
972-434-8009
Fax: 972-434-2969
Email: kelly@dallasconstructionlaw.com

Attorney for Alexis and Toby Allen

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| Robert Jordan Construction, LLC, | § § | Case No. 22-41804-elm7 |
| Debtor. | § § § | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

COMES NOW Kelly M. Davis of the law firm Kelly M. Davis & Associates, LLC and hereby requests that the Clerk of the Court enter her appearance in the above-styled bankruptcy case as counsel for Alexis and Toby Allen, a creditor in the above-captioned and numbered case. The undersigned hereby requests that all notices given or required to be given in this cause, and all papers served or required to be served in this cause, be given to and served upon the undersigned as follows:

Kelly M. Davis
**KELLY M. DAVIS & ASSOCIATES, LLC**
550 S. Edmonds Lane, Suite 201
Lewisville, TX 75067
Telephone:  972-434-8009
Fax: 972-434-2969
Email: kelly@dallasconstructionlaw.com

This request encompasses all notices and pleadings referred to in Fed. R. Civ. P. 5, including, without limitation, notices of any orders, motions, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court, whether formal or informal, written or oral, or transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect the above cause.

RESPECTFULLY SUBMITTED,

/s/   Kelly M. Davis_____
Kelly M. Davis
State Bar No. 24012508
Kelly M. Davis & Associates, LLC
550 S. Edmonds Lane, Suite 201
Lewisville, TX 75067
972-434-8009
Fax: 972-434-2969
Email: kelly@dallasconstructionlaw.com

ATTORNEY FOR ALEXIS AND TOBY ALLEN

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2022 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send electronic notification of such filing to the following:

Jason Patrick Kathman
Attorney for Robert Jordan Construction, LLC
jkathman@spencerfane.com

John Dee Spicer, Trustee
trusteedocs@chfirm.com


                                       /s/   Kelly M. Davis_____
                                          Kelly M. Davis