John Dee Spicer
State Bar No. 18930500
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In Re: | § | Case No. 22-41804-elm7 |
| | § | |
| ROBERT JORDAN CONSTRUCTION, LLC, | § | Hearing Date: October 24, 2022 |
| | § | Hearing Time: 9:30 A.M. |
| Debtor. | § | |
| | § | |

# NOTICE OF HEARING

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that a hearing on the *Trustee's Motion to Sell Property of the Estate* [Docket No. 50] is to be held before the Honorable Edward L. Morris on **October 24, 2022, at 9:30 A.M.** in Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 **and** via WebEx videoconference.

**WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Meeting ID: 473 581 124

**The WebEx instructions may be accessed here:**

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0

Parties are requested to review the instructions prior to the hearing.

Dated: September 27, 2022.

Respectfully submitted,

/s/ Leah Duncan
John Dee Spicer
State Bar No. 18930500
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee