Case 22-41804-elm7 Doc 56 Filed 09/28/22 Entered 09/28/22 07:50:19 Desc Main
Document Page 1 of 2



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 27, 2022

_____
**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| In Re: § § § | |
| ROBERT JORDAN CONSTRUCTION, LLC § § | Case No. 22-41804-elm7 |
| Debtor. § § § | |

### ORDER GRANTING TRUSTEE'S MOTION TO
### REJECT CONTRACT (UNEXPIRED LEASE)

On this day, the Court held a hearing on the **Trustee's Motion to Reject Contract (Unexpired Lease)** (the "Motion") [Docket No. 22], filed by John Dee Spicer as Chapter 7 Trustee (the "Trustee"), on August 24, 2022, seeking retroactive rejection of an unexpired lease in this case. Having considered the Motion and no objections to the Motion being filed or served upon counsel for the Trustee, the Court finds as follows: cause exists to grant the Motion; the notice given by the Trustee was sufficient under the circumstances of this case; retroactive rejection as requested in the Motion is a reasonable exercise of the Trustee's business judgment; and retroactive rejection is appropriate.

**IT IS THEREFORE ORDERED**, that the Motion is **GRANTED** pursuant to 11 U.S.C. §365 and Federal Rule of Bankruptcy Procedure 6006; and it is further

**ORDERED**, that the Lease, as defined in the Motion, is hereby rejected by the Trustee and that the rejection date shall be as of the Petition Date as set forth in the Motion.

### ### END OF ORDER ###

Order submitted by:

John Dee Spicer
State Bar No. 18930500
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee