

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 26, 2022**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROBERT JORDAN CONSTRUCTION, LLC | § | Case No. 22-41804-elm7 |
| | § | |
| Debtor. | § | |

## AGREED ORDER GRANTING TRUSTEE'S
## MOTION TO SELL PROPERTY OF THE ESTATE

On October 24, 2022, the Court held a hearing on the **Trustee's Motion to Sell Property of the Estate** [Docket No. 50] (the "Motion"), filed by John Dee Spicer as Chapter 7 Trustee (the "Trustee") on September 27, 2022. Based upon the record the Court finds that (a) proper notice pursuant to Bankruptcy Rule 6004(c) was given to all creditors, lien holders and parties-in-interest; (b) this Court has jurisdiction of this Motion pursuant to 28 U.S.C. § 1334, (c) this is a core proceeding pursuant to 28 U.S.C. § 157, (d) the proposed sale is in the best interests of the Estate, and (e) the sale represents the exercise of good business judgment by the Trustee and should be approved. It is therefore,

**ORDERED**, that the Motion be and is hereby **GRANTED**, to the extent set forth herein. It is further,

**ORDERED**, that pursuant to 11 U.S.C. § 363(b), the Trustee is authorized sell the Property as defined by the Motion including the vehicles more fully described below, whether titled in the name of the Debtor or titled in the name of Gary Thomas Travis:

    1993 GMC; VIN: 1GDE6H1P1PJ514521;

    2017 GMC Sierra; VIN: 1GD01REG2HZ219228; and

    2018 GMC Sierra; VIN: 1GTV2LEC5JZ126792;

it is further,

**ORDERED**, that the Trustee be and is hereby authorized to sign any documentation and take all actions necessary to effectuate the auction and sale of the Property – including obtaining new titles for the vehicles listed above from the Texas Department of Motor Vehicles – consistent with the Motion. It is further,

**ORDERED**, that pursuant to 11 U.S.C. § 363(f)(3), the sale authorized under this Order shall be free and clear of all liens, claims, and encumbrances, with all liens, claims, and encumbrances, if any, attaching to the sale proceeds; and it is further,

**ORDERED**, that the provisions of Federal Rule of Bankruptcy Procedure 6004(h) are waived and that the sale authorized under this Order is authorized immediately upon entry of this Order.

### ### END OF ORDER ###

**AGREED AS TO FORM AND CONTENT:**

/s/ Leah Duncan
John Dee Spicer
State Bar No. 18930500
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

/s/ Patrick Lynch          (by L. Duncan with permission via email 10/24/2022)
Patrick Lynch
State Bar No. 24065655
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
Phone: (214) 880-1864
Fax: (214) 871-2111
Email: plynch@qslwm.com

Attorneys for Ally Bank