Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX  75202
Phone: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In Re: § § § ROBERT JORDAN CONSTRUCTION, LLC § § Debtor. § § | Case No. 22-41804-elm7 |

## CERTIFICATE OF NO OBJECTIONS FILED

COMES NOW, John Dee Spicer, the Chapter 7 Trustee (the "**Trustee**"), by and through his counsel, and files this **Certificate of No Objections Filed** (the "**Certificate**") with regard to the **Trustee's Notice of Intent to Abandon Property** [Docket No. 75] (the "**Notice**") in the above-referenced case.  The Trustee hereby certifies to the Court that all parties have been notified of the Notice by proper service, that the fourteen-day deadline for response or objection has passed as of November 25, 2022, and that to his knowledge, no objections or responses have been filed or served upon our office as of the time of filing of this Certificate.

Dated November 29, 2022.

    Respectfully submitted,

    */s/ Leah Duncan*
    Leah Duncan
    State Bar No. 24114061
    CAVAZOS HENDRICKS POIROT, P.C.
    900 Jackson Street, Suite 570
    Dallas, TX  75202
    Phone: (214) 573-7310
    Fax: (214) 573-7399
    Email: lbundage@chfirm.com

    Attorneys for John Dee Spicer,
    Chapter 7 Trustee