**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 22-41804-ELM | | Trustee Name: | John Dee Spicer |
| Case Name: | ROBERT JORDAN CONSTRUCTION, LLC | | Date Filed (f) or Converted (c): | 08/09/2022 (f) |
| For the Period Ending: | 12/31/2022 | | §341(a) Meeting Date: | 09/13/2022 |
| | | | Claims Bar Date: | 12/13/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | LEASED BUSINESS PROPERTY | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 2640 Corzine Drive, Dalworthington TX, Garden 76013 | | | | | |
| 2 | CASH OR CASH EQUIVALENTS | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Texas Trust Credit Union Checking 9229 | | | | | |
| 3 | CASH OR CASH EQUIVALENTS | $60,000.00 | $60,000.00 | | $60,233.93 | FA |
| Asset Notes: | Prosperity Bank Checking 6019  Amended Schedules reflect balance from $60,000.00 to $60,269.93 [DOC #33] | | | | | |
| 4 | ACCOUNTS RECEIVABLE | $461,181.50 | $46,118.15 | | $0.00 | $461,181.50 |
| Asset Notes: | Accounts receivable 11a. 90 days old or less: face amount 922,363.00 - doubtful or uncollectible accounts 461,181.50 = $461,181.50 | | | | | |
| 5 | ACCOUNTS RECEIVABLE | $1,240,054.12 | $1,240,054.12 | | $0.00 | $1,240,054.12 |
| Asset Notes: | Accounts receivable 11b. Over 90 days old: face amount 2,480,108.24 - doubtful or uncollectible accounts 1,240,054.12 = $1,240,054.12. Part of this asset likely is the litigation set out as ASSET #13. | | | | | |
| 6 | INVENTORY | $10,000.00 | $1,000.00 | | $0.00 | $10,000.00 |
| Asset Notes: | Supplies 07/26/2022 $10,000.00. | | | | | |
| 7 | OFFICE FURNITURE | $4,800.00 | $4,800.00 | OA | $0.00 | FA |
| Asset Notes: | Desk chairs and furniture $4,800.00 FMV | | | | | |
| 8 | OFFICE EQUIPMENT | $200.00 | $200.00 | OA | $0.00 | FA |
| Asset Notes: | Monitors $200.00 FMV | | | | | |
| 9 | VEHICLES | $4,000.00 | $4,000.00 | | $0.00 | $4,000.00 |
| Asset Notes: | 1993 GMC C600 Top Kick LoPro $4,000.00 FMV | | | | | |
| 10 | VEHICLES | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | 2017 GMC Sierra (VIN # 1GD01REG2HZ219228) - Leased Vehicle from Ally Bank  Unknown Value | | | | | |
| 11 | VEHICLES | Unknown | $0.00 | | $24,028.00 | FA |
| Asset Notes: | 2018 GMC Sierra (VIN #1GTB2LEC5JZ126792) - Leased Vehicle from Ally Bank  Unknown Value | | | | | |
| 12 | TRAILERS | $5,000.00 | $5,000.00 | | $0.00 | FA |
| Asset Notes: | 16ft. Dump Trailer Located at Charles Riddings House  $5,000.00 FMV  The Trustee was unable to locate the trailer in spite of numerous attempts and inquiries. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 22-41804-ELM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | ROBERT JORDAN CONSTRUCTION, LLC | Date Filed (f) or Converted (c): | 08/09/2022 (f) |
| For the Period Ending: | 12/31/2022 | §341(a) Meeting Date: | 09/13/2022 |
| | | Claims Bar Date: | 12/13/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | CAUSES OF ACTION AND LITIGATION | Unknown | $1,245,600.00 | | $0.00 | $1,245,600.00 |
| **Asset Notes:** | Robert Jordan Construction, LLC dba RJ Construction v. Arlington Independent School District, William Kelly Horn and Corey Robinson Breach of Contract Amount requested: $1,245,600.00 | | | | | |
| 14 | CAUSES OF ACTION AND LITIGATION | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Jason Wilborn Lawsuit Nature of claim: Breach of Contract Amount requested: $0.00 | | | | | |
| 15 | CAUSES OF ACTION AND LITIGATION | Unknown | $40,000.00 | | $0.00 | $40,000.00 |
| **Asset Notes:** | Scott Slover Lawsuit Nature of claim: Breach of Contract Amount requested: $40,000.00 | | | | | |
| 16 | CAUSES OF ACTION AND LITIGATION | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | IPFS v. RJ Dallas Nature of claim: Counter claim for Breach of Contract Amount requested: $0.00 | | | | | |
| 17 | CAUSES OF ACTION AND LITIGATION | Unknown | $6,496.00 | | $0.00 | $6,496.00 |
| **Asset Notes:** | P&T Roofing Corporation Nature of claim: Construction and warranty dispute Amount requested: $6,494.00 | | | | | |
| 18 | CAUSES OF ACTION AND LITIGATION | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| **Asset Notes:** | Francisco Valenciana Nature of claim: Construction and warranty dispute Amount requested: $1,000.00 | | | | | |
| 19 | CAUSES OF ACTION AND LITIGATION | Unknown | $50.00 | | $0.00 | $50.00 |
| **Asset Notes:** | Horacio Salas Nature of claim: Construction dispute Amount requested: $50.00 | | | | | |
| 20 | CAUSES OF ACTION AND LITIGATION | Unknown | $2,700.00 | | $0.00 | $2,700.00 |
| **Asset Notes:** | Jesus Ibarra Nature of claim: Construction dispute Amount requested: $2,700.00 | | | | | |
| 21 | CAUSES OF ACTION AND LITIGATION | Unknown | $2,100.00 | | $0.00 | $2,100.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 22-41804-ELM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | ROBERT JORDAN CONSTRUCTION, LLC | Date Filed (f) or Converted (c): | 08/09/2022 (f) |
| For the Period Ending: | 12/31/2022 | §341(a) Meeting Date: | 09/13/2022 |
| | | Claims Bar Date: | 12/13/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Asset Notes: | Jose Miguel Salazar |
| | Nature of claim: Construction dispute |
| | Amount requested: $2,100.00 |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 22 | CAUSES OF ACTION AND LITIGATION (u) | $0.00 | $770,000.00 | | $0.00 | $770,000.00 |
| Asset Notes: | Amended Schedules add this asset [DOC #33] | | | | | |
| | Usury claim against APEX Funding Source LLC | | | | | |
| 23 | CAUSES OF ACTION AND LITIGATION (u) | $0.00 | $620,000.00 | | $0.00 | $620,000.00 |
| Asset Notes: | Amended Schedules add this asset [DOC #33] | | | | | |
| | Usury claim against Queen Funding LLC | | | | | |
| 24 | CAUSES OF ACTION AND LITIGATION (u) | $0.00 | $600,000.00 | | $0.00 | $600,000.00 |
| Asset Notes: | Amended Schedules add this asset [DOC #33] | | | | | |
| | Usury claim against Fiji Funding LLC | | | | | |
| 25 | ACCOUNTS RECEIVABLE - LIENS ON REAL PROPERTY (u) | $0.00 | $66,379.00 | | $0.00 | $66,379.00 |
| Asset Notes: | Second Amended Schedules add this asset [DOC #71] | | | | | |
| | Mechanic's and Materialmen's Lien on property located at 645 Lost Key Drive, Pensacola, FL 32507 | | | | | |
| 26 | OTHER PROPERTY NOT OTHERWISE LISTED (u) | $0.00 | $338,582.36 | | $0.00 | $338,582.36 |
| Asset Notes: | Second Amended Schedules add this asset [DOC #71] | | | | | |
| | Employee Retention Credit (applied but not received) | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $1,785,235.62 | $5,054,079.63 | | $84,261.93 | $5,408,142.98 |

**Major Activities affecting case closing:**

12/31/2022    EOY Annual Report: The Trustee has monetized ASSET ##3 and 11 [see DOC ##50, 66 and 81]. The Trustee has abandoned ASSET ##7 and 8 [see DOC ##75 and 83]. The Trustee has rejected the lease identified as ASSET #1 [see DOC ##22 and 56]. The Trustee is seeking to employ special counsel to pursue ASSET ##13 and 22-24. Significant collections on ASSET #4 appears unlikely based on the Trustee's investigation.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 4

| Case No.: | 22-41804-ELM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | ROBERT JORDAN CONSTRUCTION, LLC | Date Filed (f) or Converted (c): | 08/09/2022 (f) |
| For the Period Ending: | 12/31/2022 | §341(a) Meeting Date: | 09/13/2022 |
| | | Claims Bar Date: | 12/13/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** 06/30/2025    **Current Projected Date Of Final Report (TFR):**    /s/ JOHN DEE SPICER

JOHN DEE SPICER